UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER LAWSON | PRISONER |
| v. | CIVIL NO. 3:02cv1097 (MRK) |
| PAT WOLLENHAUPT | |

### J U D G M E N T

This cause came on for consideration on the defendant's motion for summary judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has considered the motion for summary judgment and all the related papers. On February 24, 2004, the Court filed its Memorandum of Decision granting defendant's motion.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 27th day of February, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____